UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALPHA A. JALLOH, | : | CIVIL NO. 3:13-CV-547 |
| | : | |
| Plaintiff | : | (Judge Mannion) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| U.S. DEPT. OF HOMELAND SECURITY-ICE | : | |
| | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>
(March 1, 2013)

The plaintiff having filed a petition for the writ of habeas corpus, pursuant to 28 U.S.C. § 2241, **IT IS ORDERED** that petitioner must re-file the petition in accordance with the Local Rules. Local Rule 83.32.1 requires that, unless prepared by an attorney, a § 2241 petition or motion, "shall be on the standard form provided by the clerk of court."

Also, **IT IS ORDERED** that petitioner re-file his motion to proceed *in forma pauperis*, along with his petition, in accordance with the Local Rules. Local Rule 82.32.3 requires that a petitioner seeking to proceed *in forma pauperis* must complete the *in forma pauperis* affidavit or declaration, which is attached to the back of the petition for a writ of habeas corpus. The Court instructs the Clerk of Court to send petitioner a copy of the standard form and corresponding *in forma pauperis* affidavit or declaration.

*/s/ Susan E. Schwab*
Susan E. Schwab
Magistrate Judge