# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALPHA A. JALLOH, | : | CIVIL NO. 3:13-CV-547 |
| Petitioner, | : | (Judge Mannion) |
| v. | : | (Magistrate Judge Schwab) |
| U.S. DEPT. OF HOMELAND - SECURITY ICE, | : | |
| Defendant. | : | |

## ORDER
May 1, 2013

On March 1, 2013, the Court ordered petitioner to re-file his petition for the writ of habeas corpus, in accord with M.D. Pa. L.R. 83.32.1. (*Doc*. 5). On April 12, 2013, petitioner re-filed his petition and was assigned a new case number. Thereafter, on April 17, 2013, petitioner re-filed his petition, a second time, and was again assigned a new case number. Having reviewed the contents of each petition, **IT IS ORDERED** that the Clerk of Court shall **CONSOLIDATE** case numbers 3:13-CV-996 and 3:13-CV-934 with case number 3:13-CV-547. Consequently, **IT IS ALSO ORDERED** that case numbers 3:13-CV-996 and 3:13-CV-934 are hereby **CLOSED**.

/s/ *Susan E. Schwab*
Susan E. Schwab
Magistrate Judge