# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ALPHA A. JALLOH, | : | CIVIL NO. 3:13-CV-00547 |
|---|---|---|
| Petitioner, | : | |
| | : | (Judge Mannion) |
| v. | : | |
| | : | |
| UNITED STATES DEPT. OF | : | |
| HOMELAND SECURITY (ICE), *et al.*, | : | (Magistrate Judge Schwab) |
| Respondents. | : | |

# ORDER
June 5, 2013

Respondents having suggested that the habeas corpus petition should be dismissed as moot (*Doc.* 8), **IT IS ORDERED** that the petitioner shall be given an opportunity to show cause, on or before **June 20, 2013**, why the case should move forward instead of being dismissed. In the event that the petitioner does not file a response, the Court may recommend dismissing the petition as moot.

*/s/ Susan E. Schwab*
Susan E. Schwab
Magistrate Judge