# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALPHA A. JALLOH, | : |
| Petitioner | : CIVIL ACTION NO. 3:13-00547 |
| v. | : |
| U.S. DEPT. OF HOMELAND SECURITY (ICE), et al. | : (MANNION, D.J.) (SCHWAB, M.J) |
| Respondents | : |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The report and recommendation of Judge Schwab, (Doc. No. 11), is **ADOPTED IN ITS ENTIRETY**;

**(2)** petitioner's motion to proceed in forma pauperis, (Doc. No. 3), is **GRANTED**;

**(3)** the petition for writ of habeas corpus, (Doc. No. 1), is **DISMISSED**, and;

**(4)** the Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 10, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0547-01-order.wpd